Stella D. Brown, formerly Stella D. Guter, complainant-respondent,

*v.*

Fidelity Union Trust Company, as executor and trustee, &c., et al., defendants-appellants.

[Argued October term, 1940.   Decided February 3d, 1941.]

*Messrs. Hood, Lafferty & Campbell (Mr. Charles Danzig,* of counsel), for the appellants.

*Mr. Irving Hupart,* for the respondent.

Per Curiam.

The Court of Chancery denied a motion to strike the complainant's bill. We affirmed this denial in *Brown* v. *Fidelity Union Trust Co., 128 N. J. Eq. 197.* It also denied a motion to strike a counter-claim filed in behalf of an infant defendant by his guardian *ad litem.* The appeal from this order is presented in this case. The issues in both matters are precisely the same. It is conceded that in this case we would follow our previous decision. The appellant desires to abandon its appeal, and there would be no objection by the guardian *al litem* to this course if his costs were paid and a counsel fee. He is not entitled to a counsel fee in this

cause. *Nobile* v. *Bartletta, 112 N. J. Eq. 304.* The appeal having been taken in good faith before our decision in *Brown* v. *Fidelity Union Trust Co., supra,* we do not think costs should be taxed.

The motion that appellant may have leave to abandon its appeal will be granted.

*For the allowance of costs*—THE CHIEF-JUSTICE, PARKER, HEHER, WOLFSKEIL, HAGUE, JJ.   5.

*For the disallowance of costs*—CASE, BODINE, DONGES, PERSKIE, PORTER, DEAR, RAFFERTY, JJ.   7.